JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL GUTIERREZ, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC,;<br>CHAMPION MORTGAGE COMPANY;<br>CHAMPION MORTGAGE COMPANY<br>dba NATIONSTAR MORTGAGE; and<br>DOES 1 to 100,<br><br>   Defendants. | No. 5:18-cv-02035-JAK-SP<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE** |

On October 22, 2021, the Court granted in part and denied in part Defendant's Motion to Reopen Case and Motion to Enforce Settlement Agreement. Dkts. 88, 89 (the "Motions"). The Court granted the Motions insofar as they sought enforcement of the parties' settlement agreement, and denied the Motions insofar as they sought an award of attorneys' fees.

On November 19, 2021, the Court ordered that Defendant submit a revised proposed judgment reflecting the parties' obligations under the settlement agreement. Dkt. 93.

Based on a review of the Statement Regarding Judgment (Dkt. 94), the Court orders as follows:

1. Based on the settlement agreement between Defendant Nationstar Mortgage LLC dba Champion Mortgage Company and Plaintiff Juan Gutierrez, this matter is resolved in its entirety. The claims brought by Plaintiff against Defendant are dismissed with prejudice.

2. Upon entry of this judgment, Defendant will pay to Plaintiff's counsel the amounts listed in paragraph 2 of the settlement agreement.

3. Upon entry of this judgment, Defendant shall release the security instrument, as that term is defined in the settlement agreement and pursuant to paragraph 4 of the settlement agreement.

4. Each party is responsible for its own attorneys' fees and costs incurred in the prosecution or defense of this litigation.

///
///
///

The Court shall retain jurisdiction over this action and the parties to enforce the terms of the parties' settlement agreement until performance in full of the terms of the settlement.

**IT IS SO ORDERED.**

Dated this 30th day of November, 2021.

John A. Kronstadt
United States District Judge